UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| RONALD WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cv-00037-NCC |
| ) | |
| DR. MICHAEL T. BAUMAN, ) | |
| ) | |
| Defendant, ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Ronald White's motion for voluntary dismissal, which has been construed as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a). (Docket No. 12). In his earlier filings, plaintiff indicated that he had not yet exhausted his administrative remedies. In the instant motion, he requests a dismissal without prejudice. Having reviewed the motion, the Court finds that it should be granted. Therefore, this action will be dismissed without prejudice. This dismissal will not count as a "strike" under 28 U.S.C. § 1915(g).

Accordingly,

**IT IS HEREBY ORERED** that plaintiff's motion for voluntary dismissal (Docket No. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

**IT IS FURTHER ORDERED** that an appeal of this dismissal would not be taken in good faith.

Dated this 6th day of April, 2021.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE